People v McGee (2025 NY Slip Op 51747(U))

[*1]

People v McGee

2025 NY Slip Op 51747(U)

Decided on November 3, 2025

Supreme Court, Kings County

Hecht, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through November 12, 2025; it will not be published in the printed Official Reports.

Decided on November 3, 2025
Supreme Court, Kings County

The People of the State of New York

against
Nicholas McGee, Defendant.

Ind. No. 70707-24

Opinion withdrawn from online only publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. See 
2025 NY Slip Op 25239.